NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BEAR MOUNTAINSIDE REALTY LLC,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2024-1245

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-00457-RAH, Judge Richard A. Hertling.

---

Decided: August 12, 2025

---

LAWRENCE M. ROLNICK, Rolnick Kramer Sadighi LLP, New York, NY, argued for plaintiff-appellant. Also represented by JOSEPH RIEDE SPARACIO.

WILLIAM PORTER RAYEL, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BRIAN M. BOYNTON, PATRICIA M. MCCARTHY, DOUGLAS K. MICKLE.

---

Before PROST, REYNA, and CUNNINGHAM, *Circuit Judges*.

PER CURIAM.

Bear Mountainside Realty LLC ("Bear Mountainside") appeals from a decision of the U.S. Court of Federal Claims granting the United States' motion for judgment on the administrative record. *Bear Mountainside Realty LLC v. United States*, 168 Fed. Cl. 179 (2023). On appeal, Bear Mountainside mainly challenges the Court of Federal Claims' determination that Bear Mountainside failed to show that the government acted based on an improper motive in canceling the government's solicitation or failed to fairly consider Bear Mountainside's bid.

Relying largely on the Court of Federal Claims' thorough and detailed analysis of the facts and law, we affirm.

**AFFIRMED**